Medora A. Marisseau, WSBA #23114
E-mail: mmarisseau@karrtuttle.com
Brian K. Keeley, WSBA #32121            HON. FRED L. VAN SICKLE
E-mail: bkeeley@karrtuttle.com
KARR TUTTLE CAMPBELL
1201 Third Avenue, Suite 2900
Seattle, Washington  98101-3028
Telephone:  (206) 223-1313
Facsimile:  (206) 682-7100

Attorneys for Defendant
Hartford Life & Accident Insurance Company

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| DEBRA E. JENSEN, | ) |
| | ) |
| Plaintiff, | ) NO.  CV-07-049 FVS |
| | ) |
| v. | ) ORDER OF DISMISSAL |
| | ) |
| HARTFORD LIFE & ACCIDENT INSURANCE COMPANY, a foreign corporation doing business in the State of Washington, | ) ) ) ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

This cause comes on the written stipulation of the parties, the Court being fully advised and notice having been waived by the parties:

ORDER OF DISMISSAL - 1
NO.  CV-07-049 FVS
#651370 v1 / 42993-002

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

1   IT IS HEREBY ORDERED that, all matters in controversy having been
2
3   settled, this cause is dismissed, with prejudice and without costs to any party.
4   DATED this 5th day of December 2007.
5
6                                           By s/ Fred Van Sickle
7                                           Hon. Fred L. Van Sickle
8   Presented By:
9   Karr Tuttle Campbell
10
11  By:/s/ Medora A. Marisseau
    Medora A. Marisseau, WSBA # 23114
12  Email: mmarisseau@karrtuttle.com
    Attorneys for Defendant
13  KARR TUTTLE CAMPBELL
14  1201 3rd Avenue, Suite 2900
    Seattle, WA  98101
15  Telephone:  206/223-1313
16  Fax:  206/682-7100
17
18
19
20
21
22
23
24
25
26
27
28

ORDER OF DISMISSAL - 2
NO.  CV-07-049 FVS
#651370 v1 / 42993-002

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100